31 So.2d 105
### Kermit ADAMS v. STATE.
4 Div. 460.

Supreme Court of Alabama.
June 19, 1947.

Frank A. Mizell, Jr., of Montgomery, and Ralph A. Clark, of Andalusia, for petitioner.

A. A. Carmichael, Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Kermit Adams for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Adams v. State, 31 So. 99.
Writ denied.

BROWN, LIVINGSTON, and SIMPSON, JJ., concur.